FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 09 2022

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| IVAN GREGORIO RAMIREZ-MENDOZA, | NO. 4:22-CR-0007-LMM-WEJ-1 |
| Defendant. | |

**NON-FINAL REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS INDICTMENT [20]**

Defendant, Ivan G. Ramirez-Mendoza, is charged with illegal re-entry under 8 U.S.C. § 1326(a) and (b)(1).  (See Indict. [1].)  Defendant filed a Preliminary Motion to Dismiss Indictment for Violation of Equal Protection [20].  In that Motion, defendant asks this Court to declare the above statute unconstitutional as violative of his Fifth Amendment equal protection rights.  He cites one supporting case, United States v. Carrillo-Lopez, 555 F. Supp. 3d 996 (D. Nev. 2021).

Defendant's counsel neglected to inform the Court that the district court decision upon which she relies has been uniformly rejected.  The Government lists fourteen cases which have refused to follow Carillo-Lopez.  (See Gov't Resp. [22]

3 n.5.) The Court's research has uncovered four more.[1] Therefore, the undersigned declines to follow the outlier which is Carillo-Lopez and instead follows the eighteen courts which have found that 8 U.S.C. § 1326 does not violate an alleged illegal immigrant's equal protection clause rights.

For the reasons stated above, the undersigned **RECOMMENDS** that Defendant's Preliminary Motion to Dismiss for Violation of Equal Protection [20] be **DENIED**.

**SO RECOMMENDED**, this 9th day of June, 2022.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] See United States v. Ramirez-Aleman, No. 21CR3403-BEN, 2022 WL 1271139, at *8 (S.D. Cal. Apr. 27, 2022) ("Other than the outlier case of Carrillo-Lopez, Defendant cites to no case where dismissal of an indictment was the remedy for an equal protection violation."); United States v. Munoz-De La O, No. 2:20-CR-134-RMP-1, 2022 WL 508892, at *16 (E.D. Wash. Feb. 18, 2022) ("Court rejects Defendant's instant equal protection challenge."); United States v. Sifuentes-Felix, No. 21-CR-337-WJM, 2022 WL 293228, at *3 (D. Colo. Feb. 1, 2022) (no equal protection violation); and United States v. Maurico-Morales, No. CR-21-298-R, 2022 WL 99996, at *1 (W.D. Okla. Jan. 10, 2022) (rejecting Carrillo-Lopez).